UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

CASE NO.   MISC 05-522-JGP

UNITED STATES OF AMERICA,    )
        Plaintiff,    )
           v.    )
John A. White    )
    Defendant(s),    )
        and    )
BANK of America    )
        Garnishee    )

ANSWER OF THE GARNISHEE

__Alicia Calloo__, BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name

of

BANK of America
Garnishment Admin.
1425 Nw 62nd Street
Ft. Lauderdale, FL   33309

RECEIVED
AUG 2 3 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member _____ of a

partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the (State Official Title) _____

of Garnishee, _____ a corporation, organized under

the laws of the State of _____.

On _____, 200__, Garnishee was served with the Writ of

Continuing Garnishment.  For the pay period in effect on the date

of service (shown above)

Yes   No

___  ✓   1.   Defendant was in my/our employ.

2.   Pay period is _____ weekly, _____ bi-weekly _____ semi-monthly, _____ monthly.

Enter date present pay period began.

(Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

3.   Enter amount of net wages. Calculate below:

   (a) Gross Pay                           $_____

   (b) Federal income tax                  _____

   (c) F.I.C.A. income tax                 _____

   (d) State income tax                    _____

   Total of tax withholdings               $_____

   Net Wages                               $_____
   (a less total of b,c,d)

___  ✓   4.   Have there been previous garnishments in effect. If the answer is yes, describe below.

_____

_____

_____

5.   The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. Checking acct. | $1932.02 | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you **deny** that you hold property subject to this order of garnishment.)

____    [The Garnishee makes the following claim of exemption on the part of Defendant:]

____    [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

✓    [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, John A. White and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, John A. White,   1444 Rhode Island Ave Nw Apt #808 Washington, DC  20005 , and (2) the attorney for the United States, Thomas A. Mauro, 1020--19TH STREET, NW, #400, WASHINGTON, DC 20006

I affirm, under the federal penalties of perjury, that the foregoing answers to the questions above are true and correct to the best of my knowledge and belief.

DATE: 8-16-06

Alicia F. Calloo
Garnishee

Alicia F. Calloo - Sr Operation Rep
Printed Name and Title

1425 NW 62nd St

Fort Lauderdale, Fl 33309
Address for further communications

954-473-7710
Telephone

404-532-3209
Fax Number