IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. MISC 05-522-JGP

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| John A. White ) | |
|        Defendant(s). ) | |
| ) | |
| BANK OF AMERICA ) | |
|        Garnishee ) | |

PLAINTIFF'S MOTION FOR DISPOSITION ORDER

COMES NOW, the United States of America by and through Thomas A. Mauro, Attorney for the United States of America, and moves this Honorable Court to enter a disposition order, pursuant to 28 U.S.C. §3205, requiring the garnishee, to remit the $1,932.02 which it is holding to the Department of Justice's lockbox in Charlotte, North Carolina.

The garnishment is not being dismissed.

WHEREFORE, plaintiff moves this court for an order requiring BANK OF AMERICA to remit $1,932.02 and for other relief.

Respectfully submitted,

/S/
Thomas A. Mauro
Attorney for the United States of America
Suite 400
 1020 19th Street, N.W.
Washington, DC  20006-6101
Tel No.(202) 452-9865
Fax No.(202) 452-0092

The purpose of this communication is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 21st day of September, 2006 to:

John A. White
1444 Rhode Island
Ave N.w., Apt #808
Washington, DC  20005

BANK OF AMERICA
1425 N.W., 62nd Street
Ft. Lauderdale, FL  33309
Attn: Alicia Calloo, Senior Operation Rep.
Tel No. (954)473 7710
Fax No. (404)532 3209

                                             /S/
                                      Thomas A. Mauro
                                      Attorney for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No.  MISC 05-522-JGP

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| John A. White | ) |
| Defendant(s). | ) |
| | ) |
| | ) |
| | ) |
| BANK OF AMERICA | ) |
| Garnishee | ) |

DISPOSITION ORDER

BANK OF AMERICA has confessed that it is holding $1,932.02 pursuant to a writ of garnishment served upon it by the United States.  The United States has moved for an order authorizing the garnishee to remit the funds to the United States.  Under 28 U.S.C. §3205(c)(7), the Court will grant the motion.

Accordingly, it is the _____ day of _____, 2006, ORDERED THAT:

1.      BANK OF AMERICA shall send its check payable to the "Department of Justice" in the amount of $1,932.02 and mail said check to the Central Intake Facility, P.O. Box 709400, Charlotte, NC 28262.  The judgment debtor's name and claim number C105-00474---- shall be referenced on the check, check stub, or transmittal letter.  The garnishee shall mail a copy of its payment transmittal letter to the Clerk and to counsel for the plaintiff.

2.      This garnishment is a continuing garnishment and remains in force until the judgment is satisfied or the Court enters an order terminating the garnishment.  The garnishee shall report any

additional funds held from time to time.

3. The Clerk will please send a certified copy of this order to the garnishee.

United States District Court Judge

Copies to:

Thomas A. Mauro,
1020–19th Street, NW, #400
Washington, DC 20036
Tel No. (202) 452-9865
Fax No. (202) 452-0092
Attorney for the United States of America

John A. White
1444 Rhode Island Ave N.W.
Apt #808
Washington, DC  20005

BANK OF AMERICA
1425 N.W., 62nd Street
Ft. Lauderdale, FL  33309
Attn: Alicia Calloo, Senior Operation Rep.
Tel No. (954)473 7710
Fax No. (404)532 3209