IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. (MISC.) 1:05MC00522 DAR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| JOHN A. WHITE. | ) |
| Defendant(s) | ) |
| and | ) |
| BANK OF AMERICA | ) |
| Garnishee. | ) |

SUPPLEMENT TO MOTION FOR DISPOSITION ORDER
FILED ON SEPTEMBER 22, 2006

The United States of America, through Counsel, hereby files this Supplement to its Motion for Disposition Order filed on September 22, 2006 (ECF Document Number 3) in the above case. A writ of bank attachment was filed against the defendant/debtor and garnishee in the above captioned action in accordance with 28 U.S.C. §3205:

Attached is a modified Order for consideration by the Court showing the Government's new lock box address for submitting payments.

.

December 14, 2007

Thomas A. Mauro, Bar No. 184515
Attorney for the United States
1020 19th Street, NW
SUITE 400
Washington, DC  20036
Telephone:   202-452-9865

**CERTIFICATION OF SERVICE BY MAIL**

      I hereby certify that a copy of the following document: Supplement To Motion For Disposition Order was mailed this date to:

John A. White
1444 Rhode Island Ave, NW, #808
Washington, DC 20005

Bank of America
Legal Department
1425 N.W. 62nd Street
Fort Lauderdale, FL 33309
Attn: Legal Processing Department

DATED: December 14, 2007

_____
Thomas A. Mauro
Attorney For Plaintiff
1020 19th Street, NW
Suite 400
Washington, DC  20036
Telephone:  202-452-9865

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. (MISC.) 1:05MC00522 DAR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| JOHN A. WHITE.. | ) |
| Defendant(s) | ) |
| and | ) |
| BANK OF AMERICA | ) |
| Garnishee. | ) |

DISPOSITION ORDER

BANK OF AMERICA has confessed that it is holding $1,932.02 pursuant to a writ of garnishment served upon it by the United States. The United States has moved for an order authorizing the garnishee to remit the funds to the United States. Under 28 U.S.C. §3205(c)(7), the Court will grant the motion.

Accordingly, it is the _____ day of _____, 200_, ORDERED THAT:

    1.    BANK OF AMERICA shall send its check payable to the "Department of Justice" in the amount of $1,932.02 and mail said check to the Central Intake Facility, P.O. Box 70932, Charlotte, NC 28272-0932. The judgment debtor's name and Claim Number **2005A73909**---- shall be referenced on the check, check stub, or transmittal letter. The garnishee shall mail a copy of its payment transmittal letter to the Clerk and to counsel for the plaintiff.

2. This garnishment is a continuing garnishment and remains in force until the judgment is satisfied or the Court enters an order terminating the garnishment. The garnishee shall report any additional funds held from time to time.

3. The Clerk will please send a certified copy of this order to the garnishee.

_____
United States District Court Judge

Copies to:

Thomas A. Mauro,
1020–19 Street, NW, #400
Washington, DC 20036
Tel No. (202) 452-9865
Fax No. (202) 452-0092
Attorney for the United States of America


John A. White
1444 Rhode Island Ave, NW, #808
Washington, DC 20005


Bank of America
Legal Department
1425 N.W. 62nd Street
Fort Lauderdale, FL 33309
Attn: Legal Processing Department