CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case Number 05-0522 (DAR) |
| ) | |
| JOHN A. WHITE ) | Category :Miscellaneous |

## REASSIGNMENT OF MISCELLANEOUS CASE

The above-entitled case was reassigned on <u>December 31, 2007</u> from <u>Judge Unassigned</u> to <u>Magistrate Judge Deborah A. Robinson</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Magistrate Judge Robertson</u> & Courtroom Deputy
   Liaison, Calendar and Case Management Committee
   Civil Case Processing Clerk
   Statistical Clerk