UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 05mc00522 (DAR) |
| v. : | |
| : | |
| JOHN A. WHITE : | |
| : | |
| Defendant. : | |

**PLAINTIFF'S STATUS REPORT TO THE COURT**

In response to the Court's Order of March 13, 2008, Plaintiff, United States of America, through its counsel, Thomas A. Mauro, hereby files this Status Report. Preliminarily, Plaintiff wishes to inform the Court that in response to the Court's requirement that the parties file a Joint Status Report, Plaintiff's counsel sent a letter to the Defendant dated March 18, 2008, at the address of record the Court has for him in an attempt to discuss with the Defendant the status of this claim. A copy of the letter is attached. The Defendant has not responded either by telephone or in writing to counsel's March 18 letter. Accordingly, Plaintiff files this Status Report unilaterally.

This case was filed on November 22, 2005 (Document # 1). It is before the Court in connection with a Government-insured Health Education Assistance Loan (HEAL) owed by the Defendant to the United States Department Health and Human Services.

Judgment was entered against the Defendant in the United States District Court for the District of Maryland on October 31, 1995. The Judgment was registered with this Court on November 22, 2005. As of December 13, 2007, the Defendant was indebted to the Government in the amount of $83,921.06 on the JUdgment. Defendant has refused to pay any part of it.

A Writ of Bank Attachment was issued by the Clerk of Court and served on the Bank of

America for funds owned by the Defendant on August 15, 2006. The Bank indicated that it is holding $1,932.02 of Defendant's funds in response to the bank attachment.

On September 22, 2006, the Plaintiff moved for a disposition order requiring the Bank of America to pay the funds it is holding to the Plaintiff. (Document No. 3). The Defendant has not opposed the motion.

Since the Defendant has not responded to the Plaintiff's Motion for Disposition Order, we believe the Court can now grant the Motion and we ask the Court to do so.

In addition, in light of the substantial sum owed by the Defendant and his refusal to pay any part of his debt voluntarily, Plaintiff asks the Court to hold an additional status conference in this case at a time convenient to the Court and order the Defendant to appear for an oral examination of his assets and employment information.

Respectfully Submitted,

/s/ Thomas A. Mauro
Thomas A. Mauro
Attorney for the United States of America

1020 19th Street, N.W., Suite 400
Washington, D.C. 20036
PH: (202) 452-9865

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Status Report to the Court has been mailed, first class mail, postage prepaid to:

John A. White
1444 Rhode Island Avenue, N.W.
Apt. 808
Washington, D.C. 20005

this 24th day of March, 2008.

/s/ Thomas A. Mauro
Thomas A. Mauro