# MAURO LAW OFFICES, P.C.

1020 19TH STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036
202 452 9865
Facsimile: 202 452 0092

March 18, 2008

*BY FIRST CLASS MAIL*
John A. White
1444 Rhode Island Ave., NW, #808
Washington, DC 20008

     Re:    *USA v. John A. White*
              *Civil Action No.1:05MC0522 DAR*

Dear Mr. White:

As you know, our office represents the Government in collection of your defaulted student loan debt. The United States District Court for the District of Columbia has scheduled a status hearing before Magistrate Judge, Deborah Robinson on **March 28, 2008 at 9:30 A.M.**

Please contact my office immediately as the Court has instructed all parties to this case to file a joint status report by <u>March 24, 2008</u> .

If you have any questions you can call me or Hugh Johnson at 202-452-9865.

*The purpose of this communication is to collect a debt by a debt collector, and any information obtained will be used for that purpose.*

Sincerely,

Thomas A. Mauro
Attorney for the United States of America

cc: Enclosures