**FILED**

MAR 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. (MISC.) 1:05MC00522 DAR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| JOHN A. WHITE.. | ) |
| Defendant(s) | ) |
| and | ) |
| BANK OF AMERICA | ) |
| Garnishee. | ) |

DISPOSITION ORDER

BANK OF AMERICA has confessed that it is holding $1,932.02 pursuant to a writ of garnishment served upon it by the United States. The United States has moved for an order authorizing the garnishee to remit the funds to the United States. Under 28 U.S.C. §3205(c)(7), the Court will grant the motion.

Accordingly, it is the ____28th____ day of __March__, 2008, ORDERED THAT:

   1.   BANK OF AMERICA shall send its check payable to the "Department of Justice" in the amount of $1,932.02 and mail said check to the Central Intake Facility, P.O. Box 70932, Charlotte, NC 28272-0932. The judgment debtor's name and Claim Number **2005A73909**---- shall be referenced on the check, check stub, or transmittal letter. The garnishee shall mail a copy of its payment transmittal letter to the Clerk and to counsel for the plaintiff.

2.    This garnishment is a continuing garnishment and remains in force until the judgment is satisfied or the Court enters an order terminating the garnishment. The garnishee shall report any additional funds held from time to time.

3. The Clerk will please send a certified copy of this order to the garnishee.

                                                              _____
                                                              United States District Court Judge

**Deborah A. Robinson**
**United States Magistrate Judge**

Copies to:

Thomas A. Mauro,
1020–19 Street, NW, #400
Washington, DC 20036
Tel No. (202) 452-9865
Fax No. (202) 452-0092
Attorney for the United States of America

Bank of America
Legal Department
1425 N.W. 62nd Street
Fort Lauderdale, FL 33309
Attn: Legal Processing Department